# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSIA HENSON and KEITH TURNER, and Behalf of Themselves and All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FIDELITY NATIONAL FINANCIAL, INC.,**<br><br>**Defendant.** | CASE NO. 1:13-CV-1452 AWI JLT<br><br>ORDER VACATING NOVEMBER 4, 2013 HEARING DATE |

Defendant has noticed for hearing and decision a motion to change venue and a motion to dismiss this action. The motions are currently scheduled for a hearing to be held on November 4, 2013. Plaintiffs have filed an opposition brief to Defendant's motions, and Defendant has filed a reply brief. The Court has reviewed the pending motions, briefs, and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 3, 2013 is VACATED, and no party shall appear at that time. As of November 3, 2013, the Court will take the motions under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 31, 2013                                         _____
                                                                                    SENIOR  DISTRICT  JUDGE