1

2

3

4              UNITED STATES DISTRICT COURT

5              EASTERN DISTRICT OF CALIFORNIA

6

7    MELISSIA HENSON and KEITH            CASE NO. 1:13-CV-1452 AWI JLT
     TURNER, and Behalf of Themselves and
8    All Others Similarly Situated,       ORDER VACATING NOVEMBER 4,
                                          2013 HEARING DATE
9                 Plaintiffs,

10          v.

11   FIDELITY NATIONAL FINANCIAL,
     INC.,
12
                  Defendant.
13

14

15        Defendant has noticed for hearing and decision a motion to change venue and a motion to

16   dismiss this action.  The motions are currently scheduled for a hearing to be held on November 4,

17   2013.  Plaintiffs have filed an opposition brief to Defendant's motions, and Defendant has filed a

18   reply brief.  The Court has reviewed the pending motions, briefs, and the applicable law and has

19   determined that the motion is suitable for decision without oral argument.  See Local Rule 230(g).

20        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 3,

21   2013 is VACATED, and no party shall appear at that time.  As of November 3, 2013, the Court

22   will take the motions under submission and will thereafter issue its decision.

23

24   IT IS SO ORDERED.

25   Dated:   October 31, 2013          _____
                                           SENIOR  DISTRICT  JUDGE
26

27

28